IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| (1) JOE HUNSINGER, | ) |
| | ) |
| PLAINTIFF, | ) |
| vs. | ) |
| | ) |
| (2) MIDLAND CREDIT | ) Case No. __17-CV-2228_____ |
| MANAGEMENT INC., | ) |
| (3) OLD REPUBLIC SURETY | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANTS. | ) |

**EXHIBIT "C"**

**INDEX OF STATE COURT FILINGS**

**C-1**   Petition filed July 12, 2017;

**C-2**   Military Status Affidavit filed July 12, 2017;

**C-3**   Citation issued as to Midland Credit Management Inc. and Old Republic Surety Company dated July 12, 2017;

**C-4**   Original Answer of Old Republic Surety Company filed August 3, 2017;

**C-5**   Entry of Appearance for Jon E. Brightmire on behalf of Defendant Midland Credit Management, Inc. filed August 3, 2017;

**C-6**   Defendant Midland Credit Management, Inc.'s Motion for Extension of Time with Proposed Order filed August 3, 2017;

**C-7**   Defendant Midland Credit Management, Inc.'s Original Answer filed August 17, 2017;

**C-8**   Notice of Notice of Removal filed August 21, 2017.

4357494.1

# Justice Court Civil Case Information Sheet (10/01/2015)

**Cause Number** (for Clerk use ONLY) _____-_____

## JOE HUNSINGER

**STYLED** _____

v.

## MIDLAND CREDIT MANAGEMENT, INC.
## and
## OLD REPUBLIC SURETY COMPANY

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleadings or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | 2. Names of parties in case: |
|---|---|
| **JOE HUNSINGER** <br> Name | Plaintiff(s): JOE HUNSINGER |
| 7216 CF HAWN FRWY. <br> Address          Apt/Suite | |
| **DALLAS         TEXAS       75217** <br> City          State          Zip | Defendant(s): MIDLAND CREDIT MANAGEMENT INC. |
| JOE75217@GMAIL.COM <br> Email | OLD REPUBLIC SURETY COMPANY |
| Telephone    214-682-7677 | |
| Fax  NONE | |
| State Bar No.  PRO SE <br><br> Signature | [Attach additional page as necessary to list ALL parties] |

**3. Indicate case type, or identify the most important issue in the case (select only 1):**

| | |
|---|---|
| ☒ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs buy including attorney fees, if any. |
| ☐ **Repair and Remedy:** A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Debt Claim:** A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |

| | | |
|---|---|---|
| **Judge Sara Martinez** <br> 3443 St. Francis Ave. <br> Email: JP51court@dallascounty.org | **Justice of the Peace, Precinct 5, Place 1** <br> Dallas, Texas 75228 | **East Dallas Government Center** <br> Phone 214.943.6980 |

2 of 4

Fax 214.943.2871

Case No. JS 17 - 20170 o

**JOE HUNSINGER**

_Plaintiff(s)_

§
§
§

**In the Justice Court**

**Precinct 5, Place 1**

v.

**MIDLAND CREDIT MANAGEMENT INC.**

§
§
§

**County of Dallas**

_1ˢᵗ Defendant_

**OLD REPUBLIC SURETY COMPANY**

_2ⁿᵈ Defendant_

§
§
§
§

**State of Texas**

RECEIVED JUSTICE OF THE PEACE 5.1
'17 JUL 12 PM 12: 46

## Small Claims Petition

_(This form must be accompanied by a Justice Court Civil Case Information Sheet)_
**(For all addresses, you _MUST_ include _number, street, apartment number, city, state, & zip code._)**

**NOW COMES** the above named **Plaintiff** in the above entitled and numbered cause complaining of the above named **Defendant**(s), who can be notified and/or served with citation at the following address:

**1ˢᵗ Defendant's address:**
8875 AERO DRIVE #200

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| San Diego | CALIFORNIA | 92108 |
| CITY | STATE | ZIP |

OTHER, _if any_
800-265-8825
Phone _____ FAX _____

| _Check to indicate service on Registered Agent_ |
|---|
| 0 Registered agent for service of 1ˢᵗ Defendant |
| NAME  CORPORATE SERVICE COMPANY |
| ADDRESS  211 EAST 7ᴵᵗ STREET #620 |
| CITY STATE ZIP  AUSTIN  TA 78701 |
| OTHER _____ |
| Phone _____ FAX _____ |

**2ⁿᵈ Defendant's address:**
8111 Lyndon B Johnson Fwy #530

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| DALLAS | TEXAS | 75251 |
| CITY | STATE | ZIP |

OTHER, _if any_
262-797-2640
Phone _____ FAX _____

| _Check to indicate service on Registered Agent_ |
|---|
| 0 Registered agent 2ⁿᵈ Defendant |
| NAME  CORPORATE SERVICE COMPANY |
| ADDRESS  211 EAST 7ᴵᴴ STREET #620 |
| CITY STATE ZIP  AUSTIN  TA 78701 |
| OTHER _____ |
| Phone _____ FAX _____ |

3ʳᵈ Defendant's address:

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| CITY | STATE | ZIP |

OTHER, _if any_
Phone _____ FAX _____

| _Check to indicate service on Registered Agent_ |
|---|
| 0 Registered agent 3ʳᵈ Defendant |
| NAME _____ |
| ADDRESS _____ |
| CITY STATE ZIP _____ |
| OTHER _____ |
| Phone _____ FAX _____ |

0 Defendant(s) is/are justly indebted to Plaintiff(s) for return of the following described property:

_AMason_

_____ valued at $ _____

*Or*

X Defendant(s) is/are justly indebted to Plaintiff(s) in the sum of $**10,000.00**   for the following reason(s):

Plaintiff was contacted by Midland Credit Management, Inc. (Defendant Midland) collection letter dated 4-11-2014. Plaintiff disputed the debt in my letter dated 6-5-2014. Defendant Midland responded in a letter dated 6-20-2014, which no real investigation was done about my dispute. On 7-2-2015 Plaintiff sent Defendant Midland a second dispute letter, Defendant Midland continued their collection activity in their collection letters dated 2-10-2016 and 4-27-2016. On 6-22-2016 Midland's letter told me they opened an investigation on my dispute letter.

Plaintiff applied for credit with Discover and Chase and they inquired into his personal credit report on 7-22-2016 and Midland was reporting derogatory information about Plaintiff during a written dispute investigation. Plaintiff was denied credit by Discover letter 7-22-2016 and Chase letter 7-23-2016.

 On 9-14-2016 Midland letter notified Plaintiff that they were no longer be collecting on the account.

Defendant Old Republic Surety Company (Defendant Republic) is a foreign entity that can be served in the state of Texas via its registered agent, Corporation Service Company, at 211 East 7th St., #620, Austin, Texas 78701. Defendant Republic is liable for acts committed by Defendant Midland pursuant to and to the extent provided by chapter 392 of the Texas Finance Code and a bond secured pursuant bond No. 2425881 with the Texas Secretary of State

Defendant Midland violated the Fair Debt Collection Practices Act (FDCPA) sections listed below and Plaintiff seeks a judgment of $1,000.00 for these violations:
                1692d, 1692e(2)(A), 1692e(5), 1692e(10), 1692f, and 1692g

Defendant violated Texas Finance Code (TFC) sections listed below and Plaintiff seeks a judgment of $1,600.00 for these violations:

| 392.202(A) | $100 | 392.301(a)(8) | $100 |
| 392.202(B) | $100 | 392.202 $100 | $100 |
| 392.202(D)(1) | $200 | 392.303(a) | $100 |
| 392.202(D)(2) | $200 | 392.303(a)(2) | $100 |
| 392.202(D)(3) | $200 | 392.304(a)(4) | $100 |
| 392.301(a)(3) | $200 | 392.304(a)(19) | $100 |

On 9-8-2015 Defendant Midland's Consent Order with the CFPB No. 2015-CFPB-022, Defendant Midland was found to have violated 1692d, 1692e, 1692e(5), and 1692(10). The same violations stated in Plaintiff's Petition. Defendant Midland receives an average of 140,000 complaints a month (see paragraph 36 of the consent order). Defendant Midland was found to have ordered their personnel not to investigate disputes by requesting documentation from the consumer making

the dispute (see paragraph 38 of the consent order).  Defendant Midland was found to collect debts without a reasonable basis (see paragraph 45 and 129 of the consent order).

Although Defendant Midland paid up to $42,000,000.00 in restitution to consumers and another $10,000,000 to the CFPB, and entered into a "Compliance Plan" to deter future violations of the FDCPA, Defendant Midland still violated the FDCPA against the Plaintiff.

Plaintiff demands $2600.00.  And Plaintiff demands $7400.00 in special and compensatory damages, punitive damages, and general damages for the express purpose of punishing the defendant and to deter future similar acts to others.  Plaintiff has suffered a loss of the enjoyment of his life by not having with him an extension of credit and the ability to participate in and enjoy the activities and pleasures of life as experienced prior to the injury.

After this Petition is filed, Plaintiff will send a true certified copy to:

Assistant Director for Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC  20552                    and

Office of the Texas Attorney General
300 W. 15th Street
Austin, TX 78701

In a separate Motion, Plaintiff will request copies of judgments against Defendant Midland and the contract they had with the original creditor that allegedly allowed them to pursue collection activity against Plaintiff.

AND there are no counterclaims existing in favor of Defendant(s) against Plaintiff(s) except:  __NONE__

**Plaintiff(s) request(s)** a judgment for a sum of **money** against Defendant(s), plus all court and process server fees incurred.

X _____          X _____
*Signature of **Plaintiff**, Plaintiff's authorized agent,  **or**          Signature of **Plaintiff's Attorney** (if applicable)*
7216 CF Hawn Frwy.

| Address, Apartment or Suite No. | | | Attorney Address and Suite No. | | |
| Dallas | Texas | 75217 | | | |
| City | State | Zip | Attorney City | Attorney State | Attorney Zip |
| 214-682-7677 | | | | | |
| Phone _____ FAX _____ | | | Phone _____ FAX _____ | | |
| | | | Bar Card #_____ | | |

(initial)  *I consent to email service of the answer and any other motions or pleadings, to my email address*

joe75217@gmail.com
_____
*Email address*

Small Claims/2014

**Instructions:**
    The Servicemembers Civil Relief Act applies to a civil proceeding in the Justice courts. Before entering a default judgment against an individual defendant, the plaintiff must file with the court an affidavit stating whether or not the defendant is in the military service, showing necessary facts to support the affidavit, or stating that the plaintiff is unable to determine whether or not the defendant is in the military service, if that is the case. The requirement for an affidavit may be satisfied by a written, signed document declared to be true under penalty of perjury. If it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If the court is unable to determine if the defendant is in military service, the court may require the plaintiff to file a bond in an amount approved by the court.
    A person who makes or uses an affidavit under this Act knowing it to be false, may be fined or imprisoned or both. 50 USC App. 501 et seq. To obtain certificates of service or non-service under the Servicemembers' Civil Relief Act, you may access the public website: https://scra.dmdc.osd.mil/ . This website will provide the current active military status of an individual.

## Military Status Affidavit

Case No. J5  19  20170                          O   §        IN THE JUSTICE COURT
                                                    §
    **JOE HUNSINGER**                              §
                                                    §        DALLAS COUNTY, TEXAS
_Plaintiff_                                         §
                                                    §
Vs.                                                 §        PRECINCT 5, PLACE 1
    **MIDLAND CREDIT MANAGEMENT, INC.**             §
                                                    §
    **OLD REPUBLIC SURETY COMPANY**                 §
                                                    §
_Defendant_                                         §

BEFORE ME, on this day personally appeared, _____Joe Hunsinger_____
who, under penalty of perjury, stated that the following facts are true:

_I am the_        ☒ Plaintiff.      ☐ Attorney of Record for the Plaintiff in this proceeding.

☒ ___MIDLAND CREDIT MANAGEMENT, INC._____, Defendant, **is not** in military service.

☒ ___OLD REPUBLIC SURETY COMPANY_____, Defendant, **is not** in military service.

_I know this because_ _BOTH DEFENDANTS ARE FOREIGN CORPORATION. THEY HAVE NO SOULS OR HUMAN FLESH._

☐ I am **unable to determine** whether or not the Defendant is in military service.

Signed on _7-12-17_____

_____
Signature

JOE HUNSINGER
Printed Name
7216 CF Hawn Frwy                                        Dallas  Texas  75217

Address                    Apt. #          City      Zip
214-682-7677

Telephone                              Email Address

**THE STATE OF TEXAS**   §

**COUNTY OF DALLAS**   §

**SWORN TO AND SUBSCRIBED BEFORE ME on** _July 12, 2017_                    [seal]

_A.Mason_
_____
Clerk of the Court                      Notary Public, State of Texas

C-2

THE STATE OF TEXAS

DOCKET NO: JS17-201700

SUIT DESCRIPTION:
SEE ATTACHMENT

TO THE DEFENDANT: MIDLAND CREDIT, INC R/A CORPORATE SERVICE COMPANY
OLD REPUBLIC SURETY COMPANY RA/ CORPORATE SERVICE COMPANY

PLAINTIFF(S):
HUNSINGER, JOE
7216 CF HAWN FRWY
DALLAS, TX 75217
(214)      682    7677

YOU HAVE BEEN SUED.     YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING
AGAINST THIS LAWSUIT.     BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.     YOU
OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY
THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS.     IF
THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY
THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY,
SUNDAY, OR LEGAL HOLIDAY.     DO NOT IGNORE THESE PAPERS.     IF YOU DO NOT FILE
AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.     FOR
FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

DEFENDANT(S):
vs.
MIDLAND CREDIT, INC
R/A CORPORATE SERVICE COMPANY
211 EAST 7TH STREET #620
AUSTIN, TX 78701

OLD REPUBLIC SURETY COMPANY
RA/ CORPORATE SERVICE COMPANY
211 EAST 7TH STREET #620
AUSTIN, TX 78701

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST
YOU FOR THE RELIEF DEMANDED IN THE PETITION.  A COPY OF PLAINTIFF'S PETITION
IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

CITATION
IN THE JUSTICE COURT

FILED ON: 07-12-2017

GIVEN UNDER MY HAND OFFICIALLY, THIS     JULY 12, 2017.

CITATION ISSUED: 07-12-2017
CITATION ISSUED TO
PLT

JUDGE SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5 PLACE 1
DALLAS COUNTY

SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 1
DALLAS COUNTY
3443 ST. FRANCIS
DALLAS, TEXAS 75228
(214)  943-6980

C-3

CAUSE NO. JS-17-20170 O

| | | |
|---|---|---|
| JOE HUNSINGER | § | IN THE JUSTICE COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *vs.* | § | |
| | § | PRECINCT 5, PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, INC. | § | |
| AND OLD REPUBLIC SURETY COMPANY | § | |
| | § | |
| *Defendants* | § | |
| | § | DALLAS COUNTY, TEXAS |

## DEFENDANT OLD REPUBLIC SURETY COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now, Defendant OLD REPUBLIC SURETY COMPANY ("ORSC" or "Defendant") and files this Original Answer, and would respectfully show the Court as follows:

### GENERAL DENIAL

1.     Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies each and every, all and singular, the allegations contained in Plaintiff's Small Claims Petition, and demands strict proof, by a preponderance of the credible evidence.

### SPECIFIC DENIAL

2.     Defendant specifically denies all liability for the allegations in Plaintiff's Small Claims Petition because the alleged activity occurred prior to the effective date of the bond at issue. Defendant specifically denies any and all liability to Plaintiff.

### SPECIFIC AND AFFIRMATIVE DEFENSES

3.     Plaintiff's claims are barred in whole or in part by a failure of condition precedent.

4.    Plaintiff's claims are barred, in whole or part, under the doctrine of limitation of liability.

5.    Plaintiff's alleged damages, if any, were caused by individuals and/or entities that Defendant had no ability to, and in fact did not control.

6.    Plaintiff's damages, if any, were caused or contributed to, in whole or in part, by Plaintiff's own acts and/or omissions.

## PRAYER

WHEREFORE, Defendant OLD REPUBLIC SURETY COMPANY respectfully requests and prays that Plaintiff take nothing on his claims and causes of action; that Defendant recover its costs and reasonable and necessary attorney's fees; and that Defendant recover such other and further relief, in law and equity, as it may show itself justly entitled.

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON, PLLC**

*/s/ Kendal B. Reed*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@ctstlaw.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@ctstlaw.com
8080 Park Lane, Suite 700
Vanessa Rosa-Kubik
Texas Bar No. 24081769
vrosa@ctstlaw.com
Dallas, Texas 75231
Telephone 214-265-3800
Facsimile 214-691-6311

***ATTORNEYS    FOR    DEFENDANT    OLD
REPUBLIC SURETY COMPANY***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT OLD REPUBLIC SURETY COMPANY'S ORIGINAL ANSWER** has been forwarded this date by E-mail and Certified Mail, Return Receipt Requested, postage prepaid to the following:

> Joe Hunsinger
> 7216 CF Hawn Frwy
> Dallas, Texas 75217
> Email: joe75217@gmail.com

Signed this the 3rd day of August, 2017.

/s/ Kendal B. Reed
KENDAL B. REED

CASE NO. JS170027814

| | |
|---|---|
| JOE HUNSINGER, | )   IN THE JUSTICE COURT |
|        Plaintiff, | ) |
| v. | ) |
| | )   PRECINCT 5 PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, INC.; OLD REPUBLIC SURETY COMPANY, | )   Dallas County, Texas |
|        Defendant. | ) |

## ENTRY OF APPEARANCE

Jon E. Brightmire and Kassandra M. Bentley of the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P., enter their appearance on behalf of the Defendant Midland Funding, LLC.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

By: _____

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(817) 653-.3232 – *Telephone*
(918) 925-5339 – *Facsimile*
*kbentley@dsda.com*

C-5

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2017, a true and correct copy of the above and foregoing was:

☒      mailed with postage prepaid thereon;

☐      mailed by certified mail, Return Receipt No. _____;

☐      transmitted via e-mail;

☐      transmitted via facsimile; or

☐      hand-delivered;

to:

     Joe Hunsinger
     7216 CF Hawn Freeway
     Dallas, TX 75217

_____
Kassandra M. Bentley

4343449v1

3

CASE NO. JS170027814

JOE HUNSINGER,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT,
INC.; OLD REPUBLIC SURETY
COMPANY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

IN THE JUSTICE COURT

PRECINCT 5 PLACE 1

Dallas County, Texas

## DEFENDANT MIDLAND CREDIT MANAGEMENT
## INC.'S MOTION FOR EXTENSION OF TIME

  In accordance with Texas Rule of Civil Procedure 500.5(c), Defendant Midland Funding, LLC requests an extension of fourteen (14) days within which to serve an answer or other responsive pleading to the Petition.  In support of this request, Defendant states the following:

  1.  Without the requested extension, Defendant's answer or other responsive pleading is due August 3, 2017.

  2.  No previous motions for extension of time have been made.

  3.  The extension is requested as counsel for Defendant is still gathering information necessary to respond to the Petition.

  4.  There are no scheduled trials or other deadlines, and therefore the granting of this Motion will not have any impact on other deadlines.

  5.  Defendant requests an extension of fourteen (14) day to answer or otherwise respond to the Petition.

  6.  A proposed Order granting this Motion is being submitted with the Motion.

WHEREFORE, Defendant Midland Funding LLC requests an extension of 14 days or August 17, 2017 to answer or otherwise respond to the Petition.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

By: _____

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(918) 813-1911 – *Telephone*
(918) 925-5259 – *Facsimile*
*kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2017, a true and correct copy of the above and foregoing was:

☒    mailed with postage prepaid thereon;

☐    mailed by certified mail, Return Receipt No. _____;

☐    transmitted via e-mail;

☐    transmitted via facsimile; or

☐    hand-delivered;

to:

        Joe Hunsinger
        7216 CF Hawn Freeway
        Dallas, TX 75217

                _____
                Kassandra M. Bentley

4343407v1

3

CASE NO. JS170027814

JOE HUNSINGER,                                    ) IN THE JUSTICE COURT
                                                 )
                    Plaintiff,                   )
                                                 )
v.                                               )
                                                 )  PRECINCT 5 PLACE 1
MIDLAND CREDIT MANAGEMENT,                        )
INC.; OLD REPUBLIC SURETY                         )  Dallas County, Texas
COMPANY,                                          )
                                                 )
                    Defendant.                   )

## ORDER GRANTING EXTENSION OF TIME

Upon Motion of Defendant Midland Funding, LLC and for good cause shown, the Court

finds that Defendant's Motion for Extension of Time to Respond to Plaintiff's Petition should be

granted.

IT IS THEREFORE ORDERED Defendant's time to respond to Plaintiff's Petition is

extended 14 days.

_____
HONORABLE SARA MARTINEZ
JUSTICE OF THE PEACE

4343413v1

CASE NO. JS170027814

| | |
|---|---|
| JOE HUNSINGER, | ) IN THE JUSTICE COURT |
| Plaintiff, | ) |
| v. | ) |
| | ) PRECINCT 5 PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, INC.; OLD REPUBLIC SURETY COMPANY, | ) Dallas County, Texas |
| Defendant. | ) |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S ORIGINAL ANSWER

Defendant Midland Credit Management, Inc. ("Midland") files its *Original Answer* to Plaintiff Joe Hunsinger's Small Claims Petition, and in support states the following:

### I.
### General Denial

1.     Midland generally denies each and every allegation contained in Plaintiff's Petition and demands strict proof thereof by a preponderance of the evidence as required by law.

### II.
### Alternative Defenses

2.     Should any of the defenses or allegations contained in this pleading be inconsistent or required to be alleged in the alternative, they shall be considered as being pled in the alternative and no waiver of any defense is intended as a result of the content of any other defense.

3.     Plaintiff has filed to state a claim upon which relief can be granted.

4.     All of Plaintiff's claims are barred by the applicable statute of limitations.

5.     Plaintiff lacks standing to bring this lawsuit because he did not suffer an injury-in-fact.

C-7

6.     To the extent any violation is established, any such violation was not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

7.     Any alleged damages to Plaintiff, which Defendant denies, are the result of the acts or omissions of Plaintiff or others over whom Defendant has no control and for whom it has no responsibility, and were not due to the actions of Defendant.

8.     Plaintiff failed to mitigate his alleged damages.

### III.
### Right to Amend or Supplement this Answer

3.     Midland specifically reserves the right to amend or supplement this answer and pleading by way of affirmative defense, special exception, counterclaim, cross-claim, or any other pleading or matter as permitted by the Texas Rules of Civil Procedure or other applicable authority, agreement of the parties, or Court order.

### IV.
### Request for Relief

WHEREFORE, PREMISES CONSIDERED, Midland respectfully requests that: (a) Plaintiff takes nothing by way of his claims against Midland; (b) all claims asserted by Plaintiff against Midland be dismissed; (c) Midland recover the costs it incurs defending against Plaintiff's claims; and (d) Midland be awarded such other and further relief, whether at law or in equity, to which it is entitled.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
   & ANDERSON, L.L.P.

By:        _____

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(918) 813-1911 – *Telephone*
(918) 925-5259 – *Facsimile*
*kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2017, a true and correct copy of the above and foregoing  was:

☒      mailed with postage prepaid thereon;

☐      mailed by certified mail, Return Receipt No. _____;

☐      transmitted via e-mail;

☐      transmitted via facsimile; or

☐      hand-delivered;

to:

Joe Hunsinger
7216 CF Hawn Freeway
Dallas, TX 75217

_____
Kassandra M. Bentley

4359074.1

4

## CASE NO JS-17-20170 O

| | |
|---|---|
| JOE HUNSINGER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) IN THE JUSTICE COURT |
| | ) |
| MIDLAND CREDIT MANAGEMENT, | ) PRECINCT 5, PLACE 1 |
| INC.; OLD REPUBLIC SURETY | ) |
| COMPANY, | ) Dallas County, Texas |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF NOTICE OF REMOVAL OF CIVIL ACTION</u>

TO:    THE CLERK OF THE JUSTICE COURT
         Precinct 5, Place 1
         Dallas, Texas

PLEASE TAKE NOTICE the above-captioned cause has been removed from this Court to the United States District Court for the Northern District of Texas.  Attached is a copy of the Notice of Removal filed on August 21, 2017, with the United States District Court for the Northern District of Texas, removing this case from Justice Court, Precinct 5, Place 1, Dallas County, State of Texas, pursuant to 28 U.S.C. §1331 and 28 U.S.C. § 1441.  A copy of the Notice of Removal is attached as Exhibit "A."

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
  & ANDERSON, L.L.P.

By:  _____

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(918) 813-1911 – *Telephone*
(918) 925-5259 – *Facsimile*
*kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 21, 2017, a true and correct copy of the above and foregoing  was:

☒ mailed with postage prepaid thereon;

☐ mailed by certified mail, Return Receipt No. _____;

☐ transmitted via e-mail;

☐ transmitted via facsimile; or

☐ hand-delivered;

to:

Joe Hunsinger
7216 CF Hawn Freeway
Dallas, TX 75217


Aaron Z. Tobin
Kendal B. Reed
Vanessa Rosa-Kubik
Condon Tobin Sladek Thornton, PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231


_____

Kassandra M. Bentley

4342749.1

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| (1) JOE HUNSINGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | |
| | ) | Case No. _____ |
| (2) MIDLAND CREDIT | ) | |
| MANAGEMENT INC., | ) | |
| (3) OLD REPUBLIC SURETY | ) | |
| COMPANY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF REMOVAL

Defendant Midland Credit Management, Inc., pursuant to 28 U.S.C. §§1331, 1441, and 1446, removes this action from the Justice Court, Precinct 5, Place 1, County of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. The grounds for removal are the following:

### I.   STATE COURT ACTION

1.   On July 12, 2017, Plaintiff Joe Hunsinger filed a pleading titled "Small Claims Petition" in the Justice Court, Precinct 5, Place 1 of Dallas County, Texas, under Cause No. JS17-20170 O (the "State Court Action").

2.   Midland Credit was served with the Small Claims Petition on July 20, 2017.

3.   The other Defendant in this lawsuit, Old Republic Surety Company, filed their Answer on August 3, 2017.

### II.   PROCEDURAL REQUIREMENTS

4.   In accordance with 28 U.S.C. §1441, this action is properly removed to this Court as the State Court Action is pending within this district and division.

**EXHIBIT A**

5.      In accordance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed as it is being filed within 30 days of Midland Credit's receipt of the State Court Action on July 20, 2017, and within one year of the commencement of the State Court Action.

6.      In accordance with 28 U.S.C. §1446(b)(2)(A), the only other Defendant, Old Republic, consents to the removal of the action.

7.      In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by copies of the following:

**Exhibit A**      Index of Matters Being Filed;

**Exhibit B**      A copy of the State Court Docket Sheet (Case History);

**Exhibit C**      A List reflecting all pleadings and orders in the State Court Action, including:

    **C-1**      Petition filed July 12, 2017;

    **C-2**      Military Status Affidavit filed July 12, 2017;

    **C-3**      Citation issued as to Midland Credit Management Inc. and Old Republic Surety Company dated July 12, 2017;

    **C-4**      Original Answer of Old Republic Surety Company filed August 3, 2017;

    **C-5**      Entry of Appearance for Jon E. Brightmire on behalf of Defendant Midland Credit Management, Inc. filed August 3, 2017;

    **C-6**      Defendant Midland Credit Management, Inc.'s Motion for Extension of Time with Proposed Order filed August 3, 2017;

    **C-7**      Defendant Midland Credit Management, Inc.'s Original Answer filed August 17, 2017;

    **C-8**      Notice of Notice of Removal filed August 21, 2017.

### III.   FEDERAL QUESTION JURISDICTION

8.      Midland removes this action to federal court under federal question jurisdiction.

2

9.     A federal district court has original jurisdiction over civil actions arising under federal law. 28 U.S.C. §1331. In the context of removal, a court determines whether a federal question is presented in the plaintiff's complaint as it stands at the time the notice of removal is filed. *American Homes 4 Rent Props. v. Gates*, 2014 WL 4271645 at \*4 (N.D. Tex. Aug. 27, 2014) (quoting *Metro Ford Truck Sales, Inc. v. Ford Motor Co.*, 145 F.3d 320, 326 (5th Cir. 1998)). When a plaintiff seeks recovery directly under the laws of the United States, a federal court must generally entertain the suit. *See Southpark Square, Ltd. v. Jackson*, 565 F.2d 338, 341 (5th Cir. 1977)

10.     In his Small Claims Petition Plaintiff states: "Defendant Midland violated the Fair Debt Collection Practices Act (FDCPA) sections listed below," and lists the following sections of the FDCPA: §1692d, §1692e(2)(A), §1692e(5), §1692e(10), §1692f, and §1692g. The FDCPA is federal law. *See* 15 U.S.C. §1692 *et. seq.*

11.     Because this action arises under the laws of the United States, this Court has subject matter jurisdiction over this action in accordance with 28 U.S.C. §1331, and removal of this entire cause is therefore proper under 28 U.S.C. §1441(c). This Court has supplemental jurisdiction over the alleged state law claims under 28 U.S.C. §1367.

### IV.     CONCLUSION

12.     Removal of this action is proper under 28 U.S.C. §1441. This is a civil action brought in a state court alleging a violation of a federal statute, and federal district courts have federal question jurisdiction under 28 U.S.C. §1331.

13.     As a result, Midland removes this action from the Justice Court, Precinct 5, Place 1, Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, so that this Court may assume jurisdiction over the cause as provided by law.

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

*/s/ Stephanie E. Kaiser*
Stephanie E. Kaiser (Texas Bar I.D. 24013633)
skaiser@dsda.com
6300 Ridglea Place, Suite 820
Fort Worth, TX 76116
(817) 653-3232 / (918) 925-5339 (Fax)
*skaiser@dsda.com*

*Attorneys for Defendant Midland Credit
Management, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> Aaron Z. Tobin
> Kendal B. Reed
> Vanessa Rosa-Kubik
> atobin@ctslaw.com
> kreed@ctslaw.com
> vrosa@ctslaw.com

I further certify that on August 21, 2017, I served the foregoing document on the following, who are not registered participants of the ECF System, by first class mail, postage prepaid, to:

> Joe Hunsinger
> 7216 CF Hawn Freeway
> Dallas, TX 75217

*/s/Stephanie E. Kaiser*

4342737.1

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

(1) JOE HUNSINGER,                        )
                                          )
            PLAINTIFF,                     )
vs.                                        )
                                          )    Case No. _____
(2) MIDLAND CREDIT                         )
MANAGEMENT INC.,                           )
(3) OLD REPUBLIC SURETY                    )
COMPANY,                                   )
                                          )
            DEFENDANTS.                     )

## EXHIBIT "A"

### INDEX OF MATTERS BEING FILED (CASE HISTORY)

Exhibit A            Index of Matters Being Filed;

Exhibit B            A copy of State Court Docket Sheet (Case History);

Exhibit C            A List reflecting all pleadings, and orders in the State Court
                     Action, including:

**C-1**    Petition filed July 12, 2017;

**C-2**    Military Status Affidavit filed July 12, 2017;

**C-3**    Citation issued as to Midland Credit Management Inc. and Old
           Republic Surety Company dated July 12, 2017;

**C-4**    Original Answer of Old Republic Surety Company filed August 3,
           2017;

**C-5**    Entry of Appearance for Jon E. Brightmire on behalf of Defendant
           Midland Credit Management, Inc. filed August 3, 2017;

**C-6**    Defendant Midland Credit Management, Inc.'s Motion for
           Extension of Time with Proposed Order filed August 3, 2017;

**C-7**    Defendant Midland Credit Management, Inc.'s Original Answer
           filed August 17, 2017;

**C-8**    Notice of Notice of Removal filed August 21, 2017.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| (1) JOE HUNSINGER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) |
| (2) MIDLAND CREDIT | ) Case No. _____ |
| MANAGEMENT INC., | ) |
| (3) OLD REPUBLIC SURETY | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANTS. | ) |

**EXHIBIT "B"**

**STATE COURT DOCKET SHEET**

4357493.1

```
                   J.P. 5-1  CIVIL DOCKET          ID  20 UAA
                     COMMENT  RECORDS
CASE NUMBER -> JS-17201700          PL - HUNSINGER, JOE
RECORD-1.                           DF - MIDLAND CREDIT, INC
     L-1 8/3/17 OLD REPUBLIC SURETY COMPANY FILED ANSWER MCG
     L-2 8/7/17 MIDLAND CREDIT'S ATTY FILES MOTION FOR EXTENSION OF T
     L-3 IME.MAC
     L-4 8/18/17 DF ATTY FILES REQEST FOR DOCKET REPORT.MAC
     L-5
RECORD-2.
     L-1
     L-2
     L-3
     L-4
     L-5
RECORD-3.
     L-1
     L-2
     L-3
     L-4
     L-5               **TRANSACTION COMPLETED. THANK YOU!!**
     NEXT--> CASE TYPE      CASE NO
     PAGE--> PA1-COMMENT/PROPERTY LIST      PF10-CITATION WHICH
     PRINT--> DOCKET    TYPE                PAPER TYPE
```

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| (1) JOE HUNSINGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | |
| | ) | Case No. _____ |
| (2) MIDLAND CREDIT | ) | |
| MANAGEMENT INC., | ) | |
| (3) OLD REPUBLIC SURETY | ) | |
| COMPANY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## EXHIBIT "C"

### INDEX OF STATE COURT FILINGS

**C-1**   Petition filed July 12, 2017;

**C-2**   Military Status Affidavit filed July 12, 2017;

**C-3**   Citation issued as to Midland Credit Management Inc. and Old Republic Surety Company dated July 12, 2017;

**C-4**   Original Answer of Old Republic Surety Company filed August 3, 2017;

**C-5**   Entry of Appearance for Jon E. Brightmire on behalf of Defendant Midland Credit Management, Inc. filed August 3, 2017;

**C-6**   Defendant Midland Credit Management, Inc.'s Motion for Extension of Time with Proposed Order filed August 3, 2017;

**C-7**   Defendant Midland Credit Management, Inc.'s Original Answer filed August 17, 2017;

**C-8**   Notice of Notice of Removal filed August 21, 2017.

4357494.1

1 of 4

# Justice Court Civil Case Information Sheet (10/01/2015)

*Cause Number (for Clerk use ONLY)* _____._____O

**JOE HUNSINGER**

**STYLED** _____

v.

**MIDLAND CREDIT MANAGEMENT, INC.**
and
**OLD REPUBLIC SURETY COMPANY**

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleadings or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | 2. Names of parties in case: |
|---|---|
| **JOE HUNSINGER** <br><br> Name <br> **7216 CF HAWN FRWY.** | Plaintiff(s): JOE HUNSINGER |
| Address      Apt/Suite <br> **DALLAS**     **TEXAS**    **75217** | |
| City       State      Zip <br> **JOE75217@GMAIL.COM** | Defendant(s): MIDLAND CREDIT MANAGEMENT INC. <br><br> OLD REPUBLIC SURETY COMPANY |
| Email | |
| Telephone   **214-682-7677** | |
| Fax   **NONE** | |
| State Bar No.   **PRO SE** <br><br> Signature | [Attach additional page as necessary to list ALL parties] |

**3. Indicate case type or identify the most important issue in the case (select only 1):**

| | |
|---|---|
| ☒ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs buy including attorney fees, if any. |
| ☐ **Repair and Remedy:** A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Debt Claim:** A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution , or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |

| | | |
|---|---|---|
| **Judge Sara Martinez** | **Justice of the Peace, Precinct 5, Place 1** | **East Dallas Government Center** |
| 3443 St. Francis Ave. | Dallas, Texas 75228 | **Phone 214.943.6980** |
| Email: JP51court@dallascounty.org | | |

C-1

2 of 4

Fax 214.943.2871

Case No. JS 17 - 20170 0

**JOE HUNSINGER**

_____
Plaintiff(s)

_____
v.
MIDLAND CREDIT MANAGEMENT INC.

_____
1st Defendant
**OLD REPUBLIC SURETY COMPANY**
_____
2nd Defendant

§
§
§
§
§
§
§
§
§
§

**In the Justice Court**

**Precinct 5, Place 1**

**County of Dallas**

**State of Texas**

JUSTICE OF THE PEACE 5.1
RECEIVED
17 JUL 12 PM 12:46

## Small Claims Petition

*(This form must be accompanied by a Justice Court Civil Case Information Sheet)*
**(For all addresses, you MUST include** *number, street, apartment number, city, state, & zip code.)*

NOW COMES the above named **Plaintiff** in the above entitled and numbered cause complaining of the above named **Defendant(s)**, who can be notified and/or served with citation at the following address:

**1st Defendant's address:**
8875 AERO DRIVE #200

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| San Diego | CALIFORNIA | 92108 |
| CITY | STATE | ZIP |

OTHER, if any
800-265-8825
Phone _____ FAX_____

| Check to indicate service on Registered Agent |
|---|
| 0 Registered agent for service of 1st Defendant |
| NAME CORPORATE Service Company |
| ADDRESS 211 EcAst 7Ith Street # 620 |
| CITY STATE ZIP Austin TA 78701 |
| OTHER_____ |
| Phone _____ FAX_____ |

**2nd Defendant's address:**
8111 Lyndon B Johnson Fwy #530

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| DALLAS | TEXAS | 75251 |
| CITY | STATE | ZIP |

OTHER, if any
262-797-2640
Phone _____ FAX_____

| Check to indicate service on Registered Agent |
|---|
| 0 Registered agent 2nd Defendant |
| NAME CORPORATE Service Company |
| ADDRESS 211 EAST 7th Street #620 |
| CITY STATE ZIP Austin Ta 78701 |
| OTHER_____ |
| Phone _____ FAX_____ |

3rd Defendant's address:

| ADDRESS and APT NO. or SUITE | | |
|---|---|---|
| CITY | STATE | ZIP |

OTHER, if any
Phone _____ FAX_____

| Check to indicate service on Registered Agent |
|---|
| 0 Registered agent 3rd Defendant |
| NAME_____ |
| ADDRESS_____ |
| CITY STATE ZIP_____ |
| OTHER_____ |
| Phone _____ FAX_____ |

0 Defendant(s) is/are justly indebted to Plaintiff(s) for return of the following described property:

_____

AMason

_____ valued at $ _____

*Or*

Defendant(s) is/are justly indebted to Plaintiff(s) in the sum of $**10,000.00**   for the following reason(s):

Plaintiff was contacted by Midland Credit Management, Inc. (Defendant Midland) collection letter dated 4-11-2014.  Plaintiff disputed the debt in my letter dated 6-5-2014.  Defendant Midland responded in a letter dated 6-20-2014, which  no real investigation was done about my dispute. On 7-2-2015 Plaintiff sent Defendant Midland a second dispute letter, Defendant Midland continued their collection activity in their collection letters dated 2-10-2016 and 4-27-2016. On 6-22-2016 Midland's letter told me they opened an investigation on my dispute letter.

Plaintiff applied for credit with Discover and Chase and they inquired into his personal credit report on 7-22-2016 and Midland was reporting derogatory information about Plaintiff during a written dispute investigation.  Plaintiff was denied credit by Discover letter 7-22-2016 and Chase letter 7-23-2016.

On 9-14-2016 Midland letter notified  Plaintiff that they were no longer be collecting on the account.

Defendant Old Republic Surety Company (Defendant Republic) is a foreign entity that can be served in the state of Texas via its registered agent, Corporation Service Company, at 211 East 7th St., #620, Austin, Texas 78701.  Defendant Republic is liable for acts committed by Defendant Midland pursuant to and to the extent provided by chapter 392 of the Texas Finance Code and a bond secured pursuant bond No. 2425881 with the Texas Secretary of State

Defendant Midland violated the Fair Debt Collection Practices Act (FDCPA) sections listed below and Plaintiff seeks a judgment of $1,000.00 for these violations:
1692d, 1692e(2)(A), 1692e(5), 1692e(10), 1692f, and 1692g

Defendant violated Texas Finance Code (TFC) sections listed below and Plaintiff seeks a judgment of $1,600.00 for these violations:

| 392.202(A) | $100 | 392.301(a)(8) | $100 |
| 392.202(B) | $100 | 392.202 $100 | $100 |
| 392.202(D)(1) | $200 | 392.303(a) | $100 |
| 392.202(D)(2) | $200 | 392.303(a)(2) | $100 |
| 392.202(D)(3) | $200 | 392.304(a)(4) | $100 |
| 392.301(a)(3) | $200 | 392.304(a)(19) | $100 |

On 9-8-2015 Defendant Midland's Consent Order with the CFPB No. 2015-CFPB-022, Defendant Midland was found to have violated 1692d, 1692e, 1692e(5), and 1692(10).  The same violations stated in Plaintiff's Petition.  Defendant Midland receives an average of 140,000 complaints a month (see paragraph 36 of the consent order).  Defendant Midland was found to have ordered their personnel not to investigate disputes by requesting documentation from the consumer making

the dispute (see paragraph 38 of the consent order). Defendant Midland was found to collect debts without a reasonable basis (see paragraph 45 and 129 of the consent order).

Although Defendant Midland paid up to $42,000,000.00 in restitution to consumers and another $10,000,000 to the CFPB, and entered into a "Compliance Plan" to deter future violations of the FDCPA, Defendant Midland still violated the FDCPA against the Plaintiff.

Plaintiff demands $2600.00. And Plaintiff demands $7400.00 in special and compensatory damages, punitive damages, and general damages for the express purpose of punishing the defendant and to deter future similar acts to others. Plaintiff has suffered a loss of the enjoyment of his life by not having with him an extension of credit and the ability to participate in and enjoy the activities and pleasures of life as experienced prior to the injury.

After this Petition is filed, Plaintiff will send a true certified copy to:

Assistant Director for Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC  20552                    and

Office of the Texas Attorney General
300 W. 15th Street
Austin, TX 78701

In a separate Motion, Plaintiff will request copies of judgments against Defendant Midland and the contract they had with the original creditor that allegedly allowed them to pursue collection activity against Plaintiff.

AND there are no counterclaims existing in favor of Defendant(s) against Plaintiff(s) except:  __NONE__

**Plaintiff(s) request(s) a judgment for a sum of money against Defendant(s), plus all court and process server fees incurred.**

X _____
*Signature of Plaintiff, Plaintiff's authorized agent, or*
*7216 CF Hawn Frwy.*

X _____
*Signature of Plaintiff's Attorney (if applicable)*

| Address, Apartment or Suite No. | | | | Attorney Address and Suite No. | | |
| Dallas | Texas | 75217 | | | | |

| City | State | Zip | | Attorney City | Attorney State | Attorney Zip |
| 214-682-7677 | | | | | | |
| Phone _____ FAX_____ | | | | Phone _____ FAX_____ | | |

*Bar Card #_____*

___(initial)  *I consent to email service of the answer and any other motions or pleadings, to my email address*

*joe75217@gmail.com*

_____
*Email address*

Small Claims/2014

**Instructions:**
    The Servicemembers Civil Relief Act applies to a civil proceeding in the Justice courts. Before entering a default judgment against an individual defendant, the plaintiff must file with the court an affidavit stating whether or not the defendant is in the military service, showing necessary facts to support the affidavit, or stating that the plaintiff is unable to determine whether or not the defendant is in military service, if that is the case. The requirement for an affidavit may be satisfied by a written, signed document declared to be true under penalty of perjury. If it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If the court is unable to determine if the defendant is in military service, the court may require the plaintiff to file a bond in an amount approved by the court.
    A person who makes or uses an affidavit under this Act knowing to be false, may be fined or imprisoned or both. 50 USC App. 501 et seq. To obtain certificates of service or non-service under the Servicemembers' Civil Relief Act, you may access the public website: https://scra.dmdc.osd.mil/. This website will provide the current active military status of an individual.

## Military Status Affidavit

Case No. J5 19 2017 0   O

JOE HUNSINGER
_____
**Plaintiff**

Vs.
    MIDLAND CREDIT MANAGEMENT, INC.

    OLD REPUBLIC SURETY COMPANY
_____
**Defendant**

§
§
§
§
§
§
§
§
§
§

IN THE JUSTICE COURT

DALLAS COUNTY, TEXAS

PRECINCT 5, PLACE 1

BEFORE ME, on this day personally appeared, ____Joe Hunsinger____
who, under penalty of perjury, stated that the following facts are true:

**I am the**    ☒ Plaintiff,    ☐ Attorney of Record for the Plaintiff in this proceeding.

    MIDLAND CREDIT MANAGEMENT, INC.
☒_____, Defendant, **is not** in military service.

    OLD REPUBLIC SURETY COMPANY
☒_____, Defendant, **is not** in military service.

*I know this because* __BOTH DEFENDANTS ARE FOREIGN CORPORATION. THEY HAVE NO SOULS OR HUMAN FLESH.__
_____

☐ I am **unable** to determine whether or not the Defendant is in military service.

Signed on __7-12-17__

_____
Signature

JOE HUNSINGER
Printed Name
7216 CF Hawn Frwy .               Dallas  Texas 75217
_____    _____    _____  ___
Address               Apt. #     City   Zip
214-692-7677
_____    _____
Telephone              Email Address

**THE STATE OF TEXAS**    §

**COUNTY OF DALLAS**    §

**SWORN TO AND SUBSCRIBED BEFORE ME** on __July 12, 2017__        [seal]

AMason
_____    _____
**Clerk of the Court**            Notary Public, State of Texas

C-2

THE STATE OF TEXAS

TO THE DEFENDANT: MIDLAND CREDIT, INC R/A CORPORATE SERVICE COMPANY
OLD REPUBLIC SURETY COMPANY RA/ CORPORATE SERVICE COMPANY

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING
AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU
OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY
THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF
THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY
THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY,
SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE
AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR
FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST
YOU FOR THE RELIEF DEMANDED IN THE PETITION. A COPY OF PLAINTIFF'S PETITION
IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS JULY 12, 2017.

JUDGE SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5 PLACE 1
DALLAS COUNTY

---

DOCKET NO: JS17-201700

SUIT DESCRIPTION:
SEE ATTACHMENT

PLAINTIFF(S):
HUNSINGER, JOE
7216 CF HAWN FRWY
DALLAS, TX 75217
(214) 682 7677

DEFENDANT(S):
VS.
MIDLAND CREDIT, INC
R/A CORPORATE SERVICE COMPANY
211 EAST 7TH STREET #620
AUSTIN, TX 78701

OLD REPUBLIC SURETY COMPANY
RA/ CORPORATE SERVICE COMPANY
211 EAST 7TH STREET #620
AUSTIN, TX 78701

IN THE JUSTICE COURT

CITATION

FILED ON: 07-12-2017

CITATION ISSUED: 07-12-2017
CITATION ISSUED TO
PIT

SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 1
DALLAS COUNTY
3443 ST. FRANCIS
DALLAS, TEXAS 75228
(214) 943-6980

C-3

CAUSE NO. JS-17-20170 O



| JOE HUNSINGER | § | IN THE JUSTICE COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | PRECINCT 5, PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, INC. | § | |
| AND OLD REPUBLIC SURETY COMPANY | § | |
| | § | |
| Defendants | § | |
| | § | DALLAS COUNTY, TEXAS |
| | § | |

## DEFENDANT OLD REPUBLIC SURETY COMPANY'S
## ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now, Defendant OLD REPUBLIC SURETY COMPANY ("ORSC" or "Defendant") and files this Original Answer, and would respectfully show the Court as follows:

### GENERAL DENIAL

1.      Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies each and every, all and singular, the allegations contained in Plaintiff's Small Claims Petition, and demands strict proof, by a preponderance of the credible evidence.

### SPECIFIC DENIAL

2.      Defendant specifically denies all liability for the allegations in Plaintiff's Small Claims Petition because the alleged activity occurred prior to the effective date of the bond at issue. Defendant specifically denies any and all liability to Plaintiff.

### SPECIFIC AND AFFIRMATIVE DEFENSES

3.      Plaintiff's claims are barred in whole or in part by a failure of condition precedent.

4.    Plaintiff's claims are barred, in whole or part, under the doctrine of limitation of liability.

5.    Plaintiff's alleged damages, if any, were caused by individuals and/or entities that Defendant had no ability to, and in fact did not control.

6.    Plaintiff's damages, if any, were caused or contributed to, in whole or in part, by Plaintiff's own acts and/or omissions.

## PRAYER

WHEREFORE, Defendant OLD REPUBLIC SURETY COMPANY respectfully requests and prays that Plaintiff take nothing on his claims and causes of action; that Defendant recover its costs and reasonable and necessary attorney's fees; and that Defendant recover such other and further relief, in law and equity, as it may show itself justly entitled.

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON, PLLC**

*/s/ Kendal B. Reed*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@ctstlaw.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@ctstlaw.com
8080 Park Lane, Suite 700
Vanessa Rosa-Kubik
Texas Bar No. 24081769
vrosa@ctstlaw.com
Dallas, Texas 75231
Telephone 214-265-3800
Facsimile 214-691-6311

*ATTORNEYS    FOR    DEFENDANT    OLD
REPUBLIC SURETY COMPANY*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT OLD REPUBLIC SURETY COMPANY'S ORIGINAL ANSWER** has been forwarded this date by E-mail and Certified Mail, Return Receipt Requested, postage prepaid to the following:

Joe Hunsinger
7216 CF Hawn Frwy
Dallas, Texas 75217
Email: joe75217@gmail.com

Signed this the 3rd day of August, 2017.

/s/ Kendal B. Reed
KENDAL B. REED

CASE NO. JS170027814

JOE HUNSINGER,                          )       IN THE JUSTICE COURT
                                        )
        Plaintiff,                    )
                                        )
v.                                      )
                                        )
MIDLAND CREDIT MANAGEMENT,              )       PRECINCT 5 PLACE 1
INC.; OLD REPUBLIC SURETY               )
COMPANY,                                )       Dallas County, Texas
                                        )
        Defendant.                    )

## ENTRY OF APPEARANCE

      Jon E. Brightmire and Kassandra M. Bentley of the law firm of Doerner, Saunders,

Daniel & Anderson, L.L.P., enter their appearance on behalf of the Defendant Midland Funding,

LLC.

                      Respectfully submitted,

                      DOERNER, SAUNDERS, DANIEL
                      & ANDERSON, L.L.P.

By: _____
                      Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
                      Ridglea Bank Building
                      6300 Ridglea Place
                      Suite 820
                      Fort Worth, TX 76116
                      (817) 653-.3232 – *Telephone*
                      (918) 925-5339 – *Facsimile*
                      *kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2017, a true and correct copy of the above and foregoing  was:

☒   mailed with postage prepaid thereon;

☐   mailed by certified mail, Return Receipt No. _____;

☐   transmitted via e-mail;

☐   transmitted via facsimile; or

☐   hand-delivered;

to:

Joe Hunsinger
7216 CF Hawn Freeway
Dallas, TX 75217

Kassandra M. Bentley

4343449v1

3

CASE NO. JS170027814

| | |
|---|---|
| JOE HUNSINGER, | ) IN THE JUSTICE COURT |
| Plaintiff, | ) |
| v. | ) |
| | ) PRECINCT 5 PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC.; OLD REPUBLIC SURETY | ) Dallas County, Texas |
| COMPANY, | ) |
| Defendant. | ) |

### DEFENDANT MIDLAND CREDIT MANAGEMENT
### INC.'S MOTION FOR EXTENSION OF TIME

In accordance with Texas Rule of Civil Procedure 500.5(c), Defendant Midland Funding, LLC requests an extension of fourteen (14) days within which to serve an answer or other responsive pleading to the Petition. In support of this request, Defendant states the following:

1.  Without the requested extension, Defendant's answer or other responsive pleading is due August 3, 2017.

2.  No previous motions for extension of time have been made.

3.  The extension is requested as counsel for Defendant is still gathering information necessary to respond to the Petition.

4.  There are no scheduled trials or other deadlines, and therefore the granting of this Motion will not have any impact on other deadlines.

5.  Defendant requests an extension of fourteen (14) day to answer or otherwise respond to the Petition.

6.  A proposed Order granting this Motion is being submitted with the Motion.

C-6

WHEREFORE, Defendant Midland Funding LLC requests an extension of 14 days or

August 17, 2017 to answer or otherwise respond to the Petition.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

By:

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(918) 813-1911 – *Telephone*
(918) 925-5259 – *Facsimile*
*kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2017, a true and correct copy of the above and foregoing  was:

☒   mailed with postage prepaid thereon;

☐   mailed by certified mail, Return Receipt No. _____;

☐   transmitted via e-mail;

☐   transmitted via facsimile; or

☐   hand-delivered;

to:

Joe Hunsinger
7216 CF Hawn Freeway
Dallas, TX 75217

Kassandra M. Bentley

4343407v1

3

CASE NO. JS170027814

| | |
|---|---|
| JOE HUNSINGER, | ) IN THE JUSTICE COURT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) PRECINCT 5 PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC.; OLD REPUBLIC SURETY | ) Dallas County, Texas |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION OF TIME

Upon Motion of Defendant Midland Funding, LLC and for good cause shown, the Court finds that Defendant's Motion for Extension of Time to Respond to Plaintiff's Petition should be granted.

IT IS THEREFORE ORDERED Defendant's time to respond to Plaintiff's Petition is extended 14 days.

_____
HONORABLE SARA MARTINEZ
JUSTICE OF THE PEACE

4343413v1

CASE NO. JS170027814

| | |
|---|---|
| JOE HUNSINGER, | ) IN THE JUSTICE COURT |
| Plaintiff, | ) |
| v. | ) |
| | ) PRECINCT 5 PLACE 1 |
| MIDLAND CREDIT MANAGEMENT, INC.; OLD REPUBLIC SURETY COMPANY, | ) |
| | ) Dallas County, Texas |
| Defendant. | ) |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S ORIGINAL ANSWER

Defendant Midland Credit Management, Inc. ("Midland") files its *Original Answer* to Plaintiff Joe Hunsinger's Small Claims Petition, and in support states the following:

### I.
### General Denial

1.    Midland generally denies each and every allegation contained in Plaintiff's Petition and demands strict proof thereof by a preponderance of the evidence as required by law.

### II.
### Alternative Defenses

2.    Should any of the defenses or allegations contained in this pleading be inconsistent or required to be alleged in the alternative, they shall be considered as being pled in the alternative and no waiver of any defense is intended as a result of the content of any other defense.

3.    Plaintiff has filed to state a claim upon which relief can be granted.

4.    All of Plaintiff's claims are barred by the applicable statute of limitations.

5.    Plaintiff lacks standing to bring this lawsuit because he did not suffer an injury-in-fact.

C-7

6.     To the extent any violation is established, any such violation was not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

7.     Any alleged damages to Plaintiff, which Defendant denies, are the result of the acts or omissions of Plaintiff or others over whom Defendant has no control and for whom it has no responsibility, and were not due to the actions of Defendant.

8.     Plaintiff failed to mitigate his alleged damages.

### III.
### Right to Amend or Supplement this Answer

3.     Midland specifically reserves the right to amend or supplement this answer and pleading by way of affirmative defense, special exception, counterclaim, cross-claim, or any other pleading or matter as permitted by the Texas Rules of Civil Procedure or other applicable authority, agreement of the parties, or Court order.

### IV.
### Request for Relief

WHEREFORE, PREMISES CONSIDERED, Midland respectfully requests that: (a) Plaintiff takes nothing by way of his claims against Midland; (b) all claims asserted by Plaintiff against Midland be dismissed; (c) Midland recover the costs it incurs defending against Plaintiff's claims; and (d) Midland be awarded such other and further relief, whether at law or in equity, to which it is entitled.

2

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

By: _____

Kassandra M. Bentley, OBA No. 21599/TBA No. 24095522
Ridglea Bank Building
6300 Ridglea Place
Suite 820
Fort Worth, TX 76116
(918) 813-1911 – *Telephone*
(918) 925-5259 – *Facsimile*
*kbentley@dsda.com*

and

Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

*Attorneys for*
*Midland Credit Management, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2017, a true and correct copy of the above and foregoing was:

☒     mailed with postage prepaid thereon;

☐     mailed by certified mail, Return Receipt No. _____;

☐     transmitted via e-mail;

☐     transmitted via facsimile; or

☐     hand-delivered;

to:

           Joe Hunsinger
           7216 CF Hawn Freeway
           Dallas, TX 75217

                                    _____
                                      Kassandra M. Bentley

4359074.1

4